UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-20305-LENARD-O'SULLIVAN

UNIVERSAL HANDICRAFT, INC. dba
DEEP SEA COSMETICS, a Florida
corporation,

                Plaintiff,

vs.

HARTFORD CASUALTY INSURANCE
COMPANY, a Connecticut corporation,

                Defendant.

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S DUTY TO DEFEND

### Oral Argument Requested

Plaintiff Universal Handicraft, Inc. d/b/a Deep Sea Cosmetics ("Universal") respectfully moves for partial summary judgment that Defendant Hartford Casualty Insurance Company ("Hartford") owed Plaintiff a duty to defend in: *Parfums Christian Dior, S.A. v. Universal Handicraft, Inc.*, United States District Court, Southern District of Florida, Miami Division, Case No. 13-cv-20872/Lenard (the "Underlying Action").

This motion is made pursuant to Fed. R. Civ. P. 56 and L.R. 56.1 and is based on the grounds that the allegations in the Underlying Action triggered the potential for coverage and Hartford's duty to defend the Underlying Action.

This motion is based on these moving papers, the concurrently-submitted Statement of Material Facts and the Memorandum of Law, the supporting Declaration and Request for

Judicial Notice and in support thereof, the pleadings and documents on file in this lawsuit and on such other briefs and evidence as may be subsequently presented.

Dated: February 20, 2014                     Respectfully submitted,

 /s/ David H. Charlip
David H. Charlip, Esq.                        David A. Gauntlett, Esq. *[Pro Hac Vice]*
CHARLIP LAW GROUP L.C.                        GAUNTLETT & ASSOCIATES
17501 Biscayne Boulevard, Suite 510           18400 Von Karman, Suite 300
Aventura, Florida 33160                       Irvine, California 92612
Telephone: (305) 354-9313                     Telephone: (949) 553-1010
Facsimile: (305) 354-9314                     Facsimile: (949) 553-2050
dcharlip@charliplawgroup.com                  info@gauntlettlaw.com

Attorneys for Plaintiff Universal Handicraft, Inc. dba Deep Sea Cosmetics

## Certificate of Service

I HEREBY CERTIFY that this document(s) was filed through the ECF system, sent electronically and paper copies served via Federal Express on February 20, 2014, on counsel for parties of record on the Service List below.

    /s/ David H. Charlip

## SERVICE LIST

Sina Bahadoran, Esq.
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, Florida  33134-6044
Telephone:  (305) 358-7747
Facsimile:   (305) 577-1063
sbahadoran@hinshawlaw.com

Attorneys for Defendant
Hartford Casualty Insurance Company