UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-20305-LENARD-O'SULLIVAN

UNIVERSAL HANDICRAFT, INC., d/b/a
DEEP SEA COSMETICS, a Florida
Corporation,

    Plaintiff,
v.

HARTFORD CASUALTY INSURANCE
COMPANY, a Connecticut Corporation,

    Defendant,
_____/

## REPORT OF MEDIATOR

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on July 15, 2014, and all of the parties or their authorized representatives were in attendance, either in person or by telephone and the matter was settled.

Dated: July 16, 2014

                      Respectfully submitted,

                      /s David H. Lichter
                      Florida Bar No. 359122
                      Email: dlichter@hlglawyers.com
                      Higer Lichter & Givner, LLP
                      18305 Biscayne Blvd., Suite 302
                      Aventura, FL 33160
                      Telephone:   305-933-9970
                      Facsimile:   305-933-0998
                      *Mediator*

Higer Lichter & Givner

CASE NO.: 14-cv-20305-LENARD-O'SULLIVAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2014, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

/s David H. Lichter_____
David H. Lichter
Florida Bar No. 359122

## SERVICE LIST

David Gauntlett, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612
Phone: 949-553-1010 Ext. 247
Fax: 949-553-2050
E: davida.gauntlett@gauntlettlaw.com

David H. Charlip, Esq.
Charlip Law Group, LLC
17501 Biscayne Blvd., Suite 510
Aventura, Florida 33160
Phone: 305-354-9313
Fax: 305-354-9314
E: dcharlip@charliplawgroup.com

Jeff Feldman, Esq.
Feldman Gale, P.A.
2 South Biscayne Blvd., 30th Floor
Miami, Florida 33131
Phone: 305-358-5001
E: jfeldman@feldmangale.com

Sina Bahadoran, Esq.
Eric Hiller, Esq.
John D. Womack, Esq.
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd., Suite 400
Coral Gables, Florida 33134
Phone: 305-358-7747
Fax: 305-577-1063
E: sbahadoran@hinshawlaw.com
E: ehiller@hinshawlaw.com
E: jwomack@hinshawlaw.com

/s David H. Lichter